# TROY LAW, PLLC

### ATTORNEYS / COUNSELORS AT LAW

Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342

41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

June 24, 2021

*Via ECF*

Honorable Debra C. Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **Joint Request for Three Weeks to Submit Joint Fairness Letter Motion with Signed Settlement Agreement**
*CUI et al. v EAST PALACE ONE, INC. d/b/a*
*East Palace Chinese Restaurant et al., 17-cv-06713*

Dear Judge Freeman:

This office represents Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants to respectfully request a three (3) week extension to submit the executed Settlement Agreement for Your Honor's judicial approval.

Plaintiff sent the proposed draft of the Settlement Agreement to Defendants on June 17, 2021. Thereafter, there are some issues that Defendants cannot agree to. Both sides would like to attempt to reach an agreement between themselves before resorting to judicial intervention.

The parties thank the Court's kind consideration on this matter.

The parties may have until 7/15/2021 to submit their proposed settlement agreement to the Court for fairness review.  That submission should be directed to Judge Gardephe, as the matter is not before this Court on consent.

SO ORDERED

*[signature]*

DEBRA FREEMAN
United States Magistrate Judge
Dated:  6/25/2021

Respectfully Submitted,

**TROY LAW PLLC**
*Attorneys for* Plaintiff
/s/ John Troy
John Troy, Esq.